IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00246 |
| v. | (Chief Judge Brann) |
| NICHOLAS PERKINS, | |
| Defendant. | |

## ORDER

NOVEMBER 7, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Nicholas Perkins' Motion to Dismiss the Indictment (Doc. 26) is **GRANTED IN PART and DENIED IN PART**.

    a. Counts I and II of the Indictment are **DISMISSED.**

2. Defendants' Motion to Suppress Evidence Seized Pursuant to the Search Warrant for Email Account Records from Google (Doc. 28) is **DENIED**.

3. A telephonic status conference call with counsel of record will be scheduled by separate Order of Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge